IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01029-PAB-BNB

UNITED STATES OF AMERICA,
*ex rel*. TAMKO BUILDING PRODUCTS, INC.,

    Plaintiff,

v.

CENTRAL STATES ROOFING & INSULATING CO.,
d/b/a Central States Roofing Company, Inc.,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on the United States' Notice of Election to Intervene for the Purposes of Settlement and Motion to Maintain Partial Restriction of the Docket [Docket No. 7]. It is

ORDERED that the Motion to Maintain Partial Restriction of the Docket [Docket No. 7] is granted. It is further

ORDERED that this case shall be unrestricted except as follows: docket numbers 2 through 6 shall remain under Level 2 restrictions.

DATED January 23, 2012.

                    BY THE COURT:

                     s/Philip A. Brimmer
                    PHILIP A. BRIMMER
                    United States District Judge